Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

**LATHAM & WATKINS LLP**
Serrin Turner (*Pro Hac Vice*)
1271 Avenue of the Americas
New York, New York 10022
(212) 906-1200
serrin.turner@lw.com

*Attorneys for Defendant Caesars Entertainment, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK HUDDLESTON, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 2:26-cv-01237-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff Mark Huddleston ("Plaintiff") and defendant Caesars Entertainment, inc. ("Defendant") (collectively, the "Parties") by and through their respective counsel, stipulate as follows:

1.      Plaintiff filed his Amended Class Action Complaint ("Amended Complaint") in the above-captioned action on April 22, 2026 (Dkt. 4).

2.      Defendant's deadline to answer, move against, or otherwise respond to the Amended Complaint is June 22, 2026.

3.      The Parties have agreed to extend the deadline for Defendant to answer, move against, or otherwise respond to the Complaint by 30 days to July 22, 2026, because Defendant requires additional time to evaluate the claims in the Complaint.

4.      This is Defendant's first request for an extension of its deadline to answer, move against, or otherwise respond to the Amended Complaint. Defendant does not seek this extension for purposes of delay.

Wherefore, the Parties request that the Court approve the terms of the stipulation to an extension of time to answer, move against, or otherwise respond to the Complaint until July 22, 2026.

Dated: June 18, 2026.

**McDONALD CARANO LLP**

*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Serrin Turner (*Pro Hac Vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10022
serrin.turner@lw.com

*Attorneys for Defendant Caesars Entertainment, Inc.*

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**

*/s/ John A. Yanchunis*
John A. Yanchunis (*Pro Hac Vice*)
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
jyanchunis@forthepeople.com

Amy Keller (*Pro Hac Vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
akeller@dicellolevitt.com

Douglas J. McNamara (*Pro Hac Vice*)
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
100 New York Ave., 5th Floor
Washington, D.C. 20005
dmcnamara@cohenmilstein.com

Michael J. Gayan
**CLAGGETT & SYKES LAW FIRM**
4101 Meadows Lane, Ste. #100
Las Vegas, NV 89107
mike@claggettlaw.com

*Counsel for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 18, 2026

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020