**Michael J. Gayan**
CLAGGETT & SYKES LAW FIRM
1160 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
P: (702) 655-2346
mike@claggettlaw.com

**John A. Yanchnis** (*Pro hac vice*)
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor Tampa, Florida 33602
P: (813) 223-5505
jyanchunis@ForThePeople.com

**Douglas J. McNamara** (*Pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW8th Floor
Washington, D.C. 20005
P: (202) 408-4600
dmcnamara@cohenmilstein.com

**Amy E. Keller** (*Pro hac vice*)
DICELLO LEVITT LLP
10 North Dearborn Street Sixth Floor
Chicago, Illinois 60602
P.: (312) 214-7900
akeller@dicellolevitt.com

*Attorneys for Plaintiff and the Class*

CLAGGETT & SYKES LAW FIRM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARK HUDDLESTON, individually and on behalf of all others similarly situated;

Plaintiff,

v.

CAESARS ENTERTAINMENT, INC.,

Defendant.

Case No.: 2:26-cv-01237-APG-EJY

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT CAESARS ENTERTAINMENT, INC.'S MOTION TO DISMISS AMENDED COMPLAINT**

**(FIRST REQUEST)**

/ / /

/ / /

/ / /

CLAGGETT & SYKES LAW FIRM

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff Mark Huddleston ("Plaintiff") and Defendant Caesars Entertainment, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed the Amended Class Action Complaint ("Amended Complaint") in the above-captioned action on April 22, 2026. (ECF No. 4.)

2. Defendant thereafter filed its Motion to Dismiss Amended Complaint ("Motion to Dismiss"). (ECF No. 11.)

3. Plaintiff's opposition to Defendant's Motion to Dismiss is presently due on August 5, 2026.

4. The Parties have conferred and have agreed to extend the deadline for Plaintiff's opposition to Defendant's Motion to Dismiss by thirty (30) days, to September 4, 2026.

5. This is Plaintiff's first request for an extension of the deadline to respond to Defendant's Motion to Dismiss. Plaintiff does not seek this extension for purposes of delay but requires additional time to prepare an opposition to the Motion to Dismiss.

WHEREFORE, the Parties respectfully request that the Court approve the terms of this stipulation to an extension of time to file an opposition to Defendant Caesars Entertainment, Inc.'s Motion to Dismiss Amended Complaint to September 4, 2026.

Dated this 4th day of August, 2026.

LATHAM & WATKINS LLP

*/s/ Brad Baglien*
**Serrin Turner** (*Pro hac vice*)
**Brad Baglien** (*Pro hac vice)*
1271 Avenue of the Americas
New York, New York 10022
serrin.turner@lw.com
brad.baglien@lw.com

CLAGGETT & SYKES LAW FIRM

*/s/ Michael Gayan*
**Michael J. Gayan (#11135)**
1160 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
mike@claggettlaw.com

**John A. Yanchunis** (*Pro hac vice)*
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
jyanchunis@forthepeople.com

**Adam Hosmer-Henner (NSBN 12779)**
**Chelsea Latino (NSBN (14227)**
**Jane Susskind (NSBN 15099)**
100 West Liberty Street, Tenth Floor Reno, Nevada 89501
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

*Counsel for Defendant Caesars Entertainment, Inc.*

**Douglas J. McNamara** (*Pro hac vice)*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Floor
Washington, D.C. 20005
dmcnamara@cohenmilstein.com

**Amy E. Keller** (*Pro hac vice)*
DICELLO LEVITT LLP
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
akeller@dicellolevitt.com

*Counsel for Plaintiff and the Proposed Class*

**IT IS SO ORDERED.**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 5, 2026

CLAGGETT & SYKES LAW FIRM