**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK HUDDLESTON,<br>Plaintiff<br>v.<br>CAESARS ENTERTAINMENT, INC.,<br>Defendant | Case No.: 2:26-cv-01237-APG-EJY<br>**Order** |

I ORDER defendant Caesars Entertainment, Inc. to respond to the notice of related cases and request to transfer (ECF No. 16) by September 18, 2026.

DATED this 8th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE