Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

**LATHAM & WATKINS LLP**
Serrin Turner (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10022-4834
(212) 906-1200
serrin.turner@lw.com

*Attorneys for Defendant Caesars Entertainment, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK HUDDLESTON, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 2:26-cv-01237<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff Mark Huddleston ("Plaintiff") and Defendant Caesars Entertainment, Inc. ("Defendant") (collectively, the "Parties") by and through their respective counsel, stipulate as follows:

1. Plaintiff filed an Amended Class Action Complaint ("Amended Complaint") in the above-captioned action on April 22, 2026 (Dkt. 4);

2. Defendant filed a Motion to Dismiss the Amended Complaint on July 22, 2026 (Dkt. 11);

3. Plaintiff's Opposition to Defendant's Motion to Dismiss was originally due on August 5, 2026, but such deadline was extended, with Defendant's consent, to September 4, 2026 (Dkt. 13);

4. Plaintiff filed an Opposition to Defendant's Motion to Dismiss on September 4, 2026 (Dkt. 14);

5. In light of other existing litigation deadlines and travel schedules, the parties have agreed to extend the deadline for Defendant to file its Reply in Support of its Motion to Dismiss by 21 days to October 2, 2026;

6. This is Defendant's first request for an extension of its deadline to file a Reply in Support of its Motion to Dismiss. Defendant does not seek this extension for purposes of delay; and

7. Wherefore, the Parties request that the Court approve the terms of this stipulation to an extension of time for Defendants to file a Reply until October 2, 2026.

Dated: September 9, 2026

**McDONALD CARANO LLP**

*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

Serrin Turner (pro hac vice to be filed)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10022-4834
serrin.turner@lw.com

*Attorneys for Defendant Caesars Entertainment, Inc.*

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

*/s/ John A. Yanchunis*
John A. Yanchunis (*Pro Hac Vice*)
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
jyanchunis@forthepeople.com

Amy Keller (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
akeller@dicellolevitt.com

Douglas J. McNamara (*Pro Hac Vice*)
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
100 New York Ave., 5th Floor
Washington, D.C. 20005
dmcnamara@cohenmilstein.com

Michael J. Gayan
**CLAGGETT & SYKES LAW FIRM**
4101 Meadows Lane, Ste. #100
Las Vegas, NV 89107
mike@claggettlaw.com

*Counsel for Plaintiff*

**IT IS SO ORDERED:**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 10, 2026