UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. | Case No. 2:23-cv-01447-ART-BNW<br><br>REASSIGNMENT ORDER |
| MARK HUDDLESTON,<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 2:26-cv-01237-APG-EJY<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have determined that the actions are related and that there is good cause to reassign them to one District Judge. *See* Local Rule 42-1. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case. While numerous related actions have previously been consolidated into Case No. 2:23-cv-01447-ART-BNW, the Court notes that Plaintiff in Case No. 2:26-cv-01237-APG-EJY is not seeking consolidation. (ECF No. 16 at 3.)

Good cause appearing, IT IS HEREBY ORDERED that Case No. 2:26-cv-01237-APG-EJY is reassigned to District Judge Anne R. Traum and Magistrate Judge Brenda Weksler.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket(s) to reflect this reassignment.

IT IS SO ORDERED.

DATED this 24th day of September 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED this 24th day of September 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE